

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

Case No. _____

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

## PLAINTIFFS' MOTION TO STAY PROCEEDINGS

Plaintiffs move this Court to stay proceedings pending resolution of the related action in the Middle District of Pennsylvania. This Motion is supported by the accompanying Plaintiffs' Memorandum of Law in Support of Motion to Stay Proceedings, the record in this case, and the Court's interests in judicial economy, comity, and avoidance of inconsistent rulings. A proposed order is submitted herewith.

1

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion to Stay Proceedings and enter the attached proposed order.

Dated: May 29, 2025

Respectfully submitted,

*[signature]*

Stephen H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9800
steve@shoemakervillage.org

*[signature]*

Christopher H. Sokolowski, Pro Se
3178 Carnegie Drive
State College, PA 16803
(814) 600-9804
chris@shoemakervillage.org