IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

Case No._____

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

## ORDER GRANTING PLAINTIFFS' MOTION TO STAY PROCEEDINGS

Upon consideration of Plaintiffs' Motion to Stay Proceedings pending resolution of the first-filed action, *Sokolowski, et al. v. Digital Currency Group, Inc., et al.*, No. 4:25-cv-00001-PJC (M.D.Pa.) (the "MDPA Action"), and having reviewed the supporting memorandum, any opposition and reply papers, and the record herein, the Court FINDS that:

1. The MDPA Action was initiated before this action and involves the same parties, arises out of the same nucleus of operative facts, and its resolution is expected to narrow or eliminate the issues before this Court.

2. A stay will promote judicial economy, avoid duplicative litigation, and prevent the risk of inconsistent judgments, while causing no undue prejudice to any party.

1

Accordingly, it is hereby ORDERED that:

A. Plaintiffs' Motion to Stay (ECF No. \_\_\_\_) is GRANTED.

B. This action, including all deadlines and discovery obligations, is STAYED in its entirety pending final disposition of the MDPA Action.

C. Within thirty (30) days after final judgment, dismissal, or other termination of the MDPA Action (including any appeals), the parties shall file a joint status report advising the Court of the outcome and proposing a schedule to lift the stay, dismiss, or otherwise proceed with this case.

D. The Clerk of Court is directed to ADMINISTRATIVELY CLOSE this matter for statistical purposes only, subject to reopening upon motion of any party or further order of the Court. No party shall be prejudiced by the administrative closure of this case.

E. Nothing in this Order prevents any party from seeking relief from the stay for good cause shown, or from the Court enforcing the terms herein.

SO ORDERED.

Dated: _____

United States District Judge

_____