IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

STEPHEN H. SOKOLOWSKI and
CHRISTOPHER H. SOKOLOWSKI,
**Plaintiffs,**

v.

Case No._____

DIGITAL CURRENCY GROUP, INC.,
BARRY E. SILBERT, and
SOICHIRO "MICHAEL" MORO,
**Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025, I filed the foregoing Plaintiffs' Motion to Stay Proceedings, Plaintiffs' Memorandum of Law in Support of Motion to Stay Proceedings, and Plaintiffs' proposed Order Granting Motion to Stay Proceedings were delivered to the Judicial Marshals of the State of Connecticut for service upon the listed Defendants.

1

Dated: May 29, 2025

Respectfully submitted,

*[signature]*

Stephen H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9800

steve@shoemakervillage.org

*[signature]*

Christopher H. Sokolowski, Pro Se

3178 Carnegie Drive

State College, PA 16803

(814) 600-9804

chris@shoemakervillage.org