**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEPHEN SOKOLWOSKI, and CHRISTOPHER SOKOLWOSKI, | Case No. 3:25-cv-00870-VAB |
| *Plaintiffs*, | Hon. Victor A. Bolden |
| v. | |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, and SOICHIRO "MICHAEL" MORO, | |
| *Defendants*. | July 29, 2025 |

**DEFENDANTS' CONSENTED TO MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO COMPLAINT**

Defendants Digital Currency Group, Inc. ("DCG") and Barry Silbert (collectively the "DCG Defendants") move under Federal Rule of Civil Procedure 6(b) and Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut for a thirty-day extension of time, through and including September 3, 2025 to respond to the Complaint filed by Plaintiffs Stephen Sokolwoski and Christopher Sokolwoski (collectively "Plaintiffs"). ECF No. 1.

The Complaint mirrors an action currently pending in the Middle District of Pennsylvania, *Sokolwoski et al. v. Digital Currency Group, Inc. et. al.*, 4:25-cv-00001-PJC (the "PA Action"), and was filed by Plaintiffs as a "protective action" in the event the Pennsylvania court grants the DCG Defendants' motion to dismiss the PA Action. ECF No. 2-1 at 2. Plaintiffs indicate that they "will voluntarily dismiss this case" if the PA Action is decided on the merits and will only pursue this case in the District of Connecticut if the PA Action is dismissed for lack of personal jurisdiction. *Id.* at 3. For these reasons, Plaintiffs filed a motion to stay this proceeding pending

the resolution of the PA Action. ECF No. 2. The DCG Defendants do not intend to oppose the relief sought by Plaintiffs in their motion to stay.

In addition, on July 8, 2025, DCG filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") an adversary proceeding against Plaintiffs and a motion for a preliminary injunction seeking to enjoin Plaintiffs from continuing to prosecute this action pending resolution of related litigation filed against the DCG Defendants by debtors Genesis Global Holdco, LLC, Genesis Global Capital, LLC and Genesis Asia Pacific Pte. Ltd.  Plaintiffs were served on July 9, 2025, and a hearing on the motion has been scheduled for September 15, 2025.

In the PA Action, the DCG Defendants filed a motion to dismiss for failure to state a claim which was fully briefed on July 1, 2025. Plaintiffs will only pursue the instant action if the PA Action is dismissed on jurisdictional grounds. Further, if the Bankruptcy Court rules in DCG's favor, Plaintiffs will be enjoined from pursuing this action.  Therefore, good cause exists to grant this extension because it would be a waste of judicial and party resources to simultaneously litigate this action while the identical PA Action is pending and prior to resolution of the adversary proceeding in the Bankruptcy Court. If Plaintiffs' motion to stay is granted, the DCG Defendants will have no need to respond to the Complaint unless and until the PA Action is dismissed on jurisdictional grounds, and, even then, only if the Bankruptcy Court does not enjoin Plaintiffs from pursuing this action.  If Plaintiffs' motion to stay is denied and the Bankruptcy Court does not enjoin Plaintiffs from pursuing this action, the DCG Defendants will require additional time to prepare their responsive pleading in this action.

The parties have conferred and Plaintiffs consent to this motion and the extension. This is the DCG Defendants' first request for an extension of the deadline to respond to the Complaint.

WHEREFORE, the DCG Defendants respectfully requests that the Court grant this motion and order that the deadline for the DCG Defendants to respond to the Complaint be extended through and including September 3, 2025.

Date: July 29, 2025                                        Respectfully submitted,

*/s/ Andraya Pulaski Brunau*
Andraya Pulaski Brunau (ct29715)
Johanna S. Lerner (ct31495)
Thomas D. Goldberg (ct04386)
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0100
Fax: (860) 275-0343
abrunau@daypitney.com
tgoldberg@daypitney.com
jlerner@daypitney.com

Daniel J. Schwartz (*pro hac vice forthcoming*)
Ben Kaminetzky (*pro hac vice forthcoming*)
Matthew R. Brock (*pro hac vice forthcoming*)
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
daniel.schwartz@davispolk.com
ben.kaminetzky@davispolk.com
matthew.brock@davispolk.com

*Attorneys for Digital Currency Group, Inc. and Barry Silbert*

3