IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI and CHRISTOPHER H. SOKOLOWSKI,<br><br>**Plaintiffs**<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>**Defendants.** | Case No. 3:25-cv-00870<br><br>August 28, 2025 |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STAY PROCEEDINGS**

For the reasons and to the extent described below, Defendants Digital Currency Group, Inc., Barry E. Silbert, and Soichiro "Michael" Moro do not oppose Plaintiffs' Motion to Stay Proceedings (the "Motion" or "Mot."; ECF No. 2)[1] pending the resolution of Plaintiffs' first-filed action, *Sokolowski et al. v. Digital Currency Group, Inc. et al.*, Civil Action No. 4:25-cv-00001 (M.D. Pa.) (the "MDPA Action"). As Plaintiffs' Motion explicitly admits, Plaintiffs' MDPA Action against the same defendants is "substantially identical" to this action (Mot. at 4-5). Plaintiffs filed the instant, duplicative lawsuit almost five months after initiating the MDPA Action solely in an attempt to preserve Connecticut law claims and do not actually

---

[1] All citations to Plaintiffs' Motion refer to the page numbers of Plaintiffs' Memorandum of Law in Support of Motion to Stay Proceedings (ECF No. 2).

intend to litigate this action unless and until the MDPA Action is dismissed for lack of personal jurisdiction (*id.* at 2-3).

There are grounds to dismiss this action under the first-filed doctrine, *see First City Nat. Bank & Tr. Co. v. Simmons*, 878 F.2d 76, 80 (2d Cir. 1989) (affirming dismissal of later-filed action where plaintiff "merely speculate[d] that it may be denied relief" by court in first-filed action), and Plaintiffs argue that the Court can and should dismiss this action without prejudice (Mot. at 8).

In any event, the Court should either dismiss this action outright, or otherwise should stay this action as set forth in Plaintiffs' motion.

Respectfully submitted,

*/s/ Andraya Pulaski Brunau*
Andraya Pulaski Brunau (ct29715)
Johanna S. Lerner (ct31495)
Thomas D. Goldberg (ct04386)
DAY PITNEY LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0100
Fax: (860) 275-0343
abrunau@daypitney.com
tgoldberg@daypitney.com
jlerner@daypitney.com

-and-

Benjamin S. Kaminetzky (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
Matthew R. Brock (*admitted pro hac vice*)

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz@davispolk.com
matthew.brock@davispolk.com

*Counsel for defendants Digital Currency Group, Inc. and Barry E. Silbert*

*/s/ Christian D. H. Schultz*
Christian Schultz (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone +1 202.942.5000
Fax: +1 202.942.5999

Tyler Fink (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

-and-

Joseph W. Martini (CT07225)
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
jmartini@spearsmanning.com

*Counsel to defendant Michael Moro*