**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEPHEN SOKOLOWSKI, and CHRISTOPHER SOKOLOWSKI,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, and SOICHIRO "MICHAEL" MORO,<br><br>*Defendants*. | Case No. 3:25-cv-00870-VAB<br><br>Hon. Victor A. Bolden<br><br>September 11, 2025 |

**REPORT OF PARTIES' PLANNING MEETING**

The parties to the above-referenced action conferred by email on September 11, 2025 pursuant to Fed. R. Civ. P. 26(f). For the reasons set forth in Plaintiffs' Motion to Stay Proceedings (ECF No. 2), Defendants' response thereto (ECF No. 43), and Plaintiffs' reply (ECF No. 45), the parties are in agreement that this action should be stayed or dismissed without prejudice, and, in an effort to conserve judicial and party resources, a discovery plan is premature at this time. In the event that the Court denies the pending motion to stay, the parties will promptly meet and confer and file a Rule 26(f) report within 15 days of the Court's ruling on the motion to stay.

Respectfully submitted,

*/s/ Stephen H. Sokolowski*
Stephen H. Sokolowski
Christopher H. Sokolowski
3178 Carnegie Drive
State College, PA 16803
Telephone: (814) 600-9800
steve@shoemakervillage.org
chris@shoemakervillage.org

*Pro Se Plaintiffs*

*/s/ Andraya Pulaski Brunau*
Andraya Pulaski Brunau (ct29715)
Johanna S. Lerner (ct31495)
Thomas D. Goldberg (ct04386)
DAY PITNEY LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-0100
Fax: (860) 275-0343
abrunau@daypitney.com
tgoldberg@daypitney.com
jlerner@daypitney.com

-and-

Benjamin S. Kaminetzky (*admitted pro hac vice*)
Daniel J. Schwartz (*admitted pro hac vice*)
Matthew R. Brock (*admitted pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
ben.kaminetzky@davispolk.com
daniel.schwartz@davispolk.com
matthew.brock@davispolk.com

*Counsel for defendants Digital Currency Group, Inc. and Barry E. Silbert*

*/s/ Christian Schultz*
Christian Schultz (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone +1 202.942.5000
Fax: +1 202.942.5999

Tyler Fink (*admitted pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: +1 212.836.8000
Fax: +1 212.836.8689

-and-

Joseph W. Martini (CT07225)
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
jmartini@spearsmanning.com

*Counsel for Defendant Michael Moro*