## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN H. SOKOLOWSKI AND CHRISTOPHER H. SOKOLOWSKI,<br><br>    Plaintiffs,<br><br>  v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY E. SILBERT, AND SOICHIRO "MICHAEL" MORO,<br><br>    Defendants. | Case No. 3:25-cv-00870-VAB<br><br>Hon. Victor A. Bolden |

### MOTION TO WITHDRAW PRO HAC VICE APPEARANCES

Pursuant to Local Civil Rule 7(e), counsel for Defendant Soichiro "Michael" Moro respectfully move this Court to withdraw the *pro hac vice* appearances of Christian D. H. Schultz ("Mr. Schultz") and Tyler Fink ("Mr. Fink") from the above-captioned action (the "Action"). Mr. Schultz and Mr. Fink are no longer affiliated with Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") and are no longer representing Mr. Moro in connection with this Action. Mr. Schultz's and Mr. Fink's withdrawals will cause no delay as Defendant Moro will continue to be represented by Marcus Asner (*pro hac vice* admitted) of Arnold & Porter, as well as Joseph W. Martini of Spears Manning & Martini LLC.

WHEREFORE, the undersigned counsel respectfully requests that Christian D. H. Schultz's and Tyler Fink's *pro hac vice* appearances be withdrawn in the above-captioned case.

Dated:  June 25, 2026
       New York, NY

                                            Respectfully submitted,

                                            */s/ Marcus Asner*

| **SPEARS MANNING & MARTINI LLC** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
|---|---|
| Joseph W. Martini (CT07225) | Marcus Asner (*pro hac vice*) |
| 2425 Post Road, Suite 203 | 250 W 55th Street |
| Southport, CT 06890 | New York, NY 10019 |
| Telephone: (203) 292-9766 | Telephone: (212) 836-8000 |
| jmartini@spearsmanning.com | Marcus.Asner@arnoldporter.com |

                                            *Counsel to Defendant Soichiro "Michael" Moro*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2026, a copy of the foregoing was filed electronically and served via electronic and/or First Class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: _/s/ Marcus Asner_
Marcus Asner